# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Keme M. Carter

    Plaintiff,

v.

St. Peters University Hospital

    Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-6041

RECEIVED
FEB -3 2010
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

   ☒ The Clerk is directed to file the complaint, and

      ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this ___3___ day of ___Feb___, 2009

_____
Signature of Judicial Officer

Joel A. Pisano, U.S.D.J.